HAZEL PETTIFORD v. DE LISA'S GARBAGE SERVICE.

September 23, 1976. Petition for certification denied.

LONG BRANCH EDUCATION ASSOCIATION, INCORPO-
RATED v. BOARD OF EDUCATION OF THE CITY OF
LONG BRANCH.

September 23, 1976. Petition for certification granted.

STATE OF NEW JERSEY v. GLENN L. CAHILL.

September 23, 1976. Petition for certification denied.

FRANCES B. MATA v. E. R. SQUIBB & SONS, INC.

September 23, 1976. Petition for certification denied.

AGNES N. JANUS v. HACKENSACK HOSPITAL.
September 23, 1976. Petition for certification denied.

CATHERINE MANGAN v. JOHN MANGAN.

September 23, 1976. Petition for certification denied.